## ANTONIO RIBEIRO *v.* DEPIANO, GENTILE, CZEPIGA AND SOARES, P.C.

The plaintiff's petition for certification for appeal from the Appellate Court, 102 Conn. App. 901 (AC 28072), is denied.

*Frank P. Cannatelli,* in support of the petition.

Decided November 15, 2007

## STATE OF CONNECTICUT *v.* FERNANDO R.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 103 Conn. App. 808 (AC 26516), is denied.

ROGERS, C. J., and NORCOTT, KATZ and SCHALLER, Js., did not participate in the consideration or decision of this petition.

*Denise B. Smoker,* senior assistant state's attorney, in support of the petition.

*John R. Gulash, Jr.,* in opposition.

Decided November 15, 2007

## CARLYLE HERRING *v.* COMMISSIONER OF CORRECTION

The petitioner Carlyle Herring's petition for certification for appeal from the Appellate Court, 103 Conn. App. 431 (AC 26795), is denied.

*Martha Brooke Hansen,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided November 15, 2007